| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Amy Marie Shaw | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/25/2024     Amy Marie Shaw     /s/ Amy Marie Shaw
                     Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                          Printed name of Debtor 2      Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                F 1002-1.EMP.INCOME.DEC

| Statement of Earnings For: | Amy M Shaw | | | | | | | CHRISTOPHER J FOTINOS DDS APC (0140HM70) | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 17 | Division: | | Period Start: | 3/1/2024 | Check Date: | 3/20/2024 | 605 E CHAPMAN AVE | |
| Clock Number: | | Department: | | Period End: | 3/15/2024 | | | Orange, CA 92866 | |
| SSN: | XXX-XX-1490 | Federal Filing: | Single | Exemptions: | 0 | Additional Tax: | | | |
| Company Id: | 0140HM70 | State Filing: | Single or Marri | Exemptions: | 0 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V112428372 | $0.00 | $2,326.80 | $1,796.73 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 28.0000 | 64.00 | 1,791.80 | 342.47 | 9,588.72 |
| Overtime | 42.0000 | 7.40 | 311.00 | 35.68 | 1,499.00 |
| Vacation | 28.0000 | 8.00 | 224.00 | 8.00 | 224.00 |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| **Total:** | | 79.40 | 2,326.80 | 386.15 | 12,311.72 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 144.26 | 763.33 |
| MED EE | 33.74 | 178.52 |
| FEDERAL WH | 250.77 | 1,267.63 |
| CALIFORNIA WH | 75.71 | 358.35 |
| CALIFORNIA SDI EE | 25.59 | 135.43 |
| **Total:** | 530.07 | 2,703.26 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | |
|---|---|---|---|---|---|
| Vacation | Accrued: 0.000000 | Taken: 8.000000 | Balance: -80.000000 | | |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | XXXXX3903 | 1,796.73 |

---

CHRISTOPHER J FOTINOS DDS APC (0140HM70)
605 E CHAPMAN AVE
Orange, CA 92866

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/20/2024 | V112428372 |

| TOTAL NET PAY |
|---|
| ******$1,796.73 |

Your entire Net pay of $1,796.73 has been deposited in your bank account(s).

17
**Amy M Shaw**
6025 Babbling Brook Way
Apt 32 F
YORBA LINDA, CA 92887

**NOT NEGOTIABLE**

| Statement of Earnings For: | Amy M Shaw | | | | | | CHRISTOPHER J FOTINOS DDS APC / 0140HM70 |
|---|---|---|---|---|---|---|---|
| Employee #: | 17 | Division: | | Period Begin: | 2/16/2024 | Check Date: 3/9/2024 | 605 E CHAPMAN AVE |
| Clock Number: | | Department: | | Period End: | 3/1/2024 | | Orange, CA 92866 |
| SSN: | XXX-XX-1490 | Federal Filing: | Single | Exemptions: | 0 | Additional Tax: | |
| Company Id: | 0140HM70 | State Filing: | Single or Marri | Exemptions: | 0 | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V111746646 | $0.00 | $2,042.60 | $1,601.46 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 28.0000 | 63.35 | 1,773.60 | 278.47 | 7,796.92 |
| Overtime | 42.0000 | 6.40 | 269.00 | 28.28 | 1,188.00 |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| **Total:** | | **69.75** | **2,042.60** | **306.75** | **9,984.92** |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 126.65 | 619.07 |
| MED EE | 29.62 | 144.78 |
| FEDERAL WH | 205.45 | 1,016.86 |
| CALIFORNIA WH | 56.95 | 282.64 |
| CALIFORNIA SDI EE | 22.47 | 109.84 |
| **Total:** | **441.14** | **2,173.19** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance: |
|---|---|---|---|
| Vacation | 0.000000 | 0.000000 | -72.000000 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | XXXXX3903 | 1,601.46 |

---

CHRISTOPHER J FOTINOS DDS APC (0140HM70)
605 E CHAPMAN AVE
Orange, CA 92866

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/1/2024 | V111746646 |

Your entire Net pay of $1,601.46 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ******$1,601.46 |

17
**Amy M Shaw**
6025 Babbling Brook Way
Apt 32 F
YORBA LINDA, CA 92887

**NOT NEGOTIABLE**

| Statement of Earnings for: Amy M Shaw | | | | | | | Check Date: 2/21/2024 | CHRISTOPHER J FOTINOS DDS APC (0140HM70) 605 E CHAPMAN AVE Orange, CA 92866 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 17 | Division: | | Period Begin: 2/1/2024 | | | | | | |
| Clock Number: | | Department: | | Period End: 2/15/2024 | | | | | | |
| SSN: | XXX-XX-1490 | Federal Filing: | Single | Exemptions: | 0 | | Additional Tax: | | | |
| Company Id: | 0140HM70 | State Filing: | Single or Marri | Exemptions: | 0 | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V111172704 | $0.00 | $2,323.86 | $1,794.90 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 28.0000 | 72.00 | 2,015.86 | 215.12 | 6,023.32 | SOC SEC EE | 144.08 | 461.42 | | | |
| Overtime | 42.0000 | 7.33 | 308.00 | 21.88 | 919.00 | MED EE | 33.69 | 107.91 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 500.00 | FEDERAL WH | 250.12 | 786.41 | | | |
| | | | | | | CALIFORNIA WH | 75.51 | 225.69 | | | |
| | | | | | | CALIFORNIA SDI EE | 25.56 | 81.87 | | | |
| Total: | | 79.33 | 2,323.86 | 237.00 | 7,442.32 | Total: | 528.96 | 1,663.30 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.000000 | Taken: | 0.000000 | Balance: -72.000000 | Checking | Account: XXXXX3903 | Deposit Amount: | 1,794.90 |

CHRISTOPHER J FOTINOS DDS APC (0140HM70)
605 E CHAPMAN AVE
Orange, CA 92866

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/21/2024 | V111172704 |

Your entire Net pay of $1,794.90 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ******$1,794.90 |

17
**Amy M Shaw**
6025 Babbling Brook Way
Apt 32 F
YORBA LINDA, CA 92887

**NOT NEGOTIABLE**

| Statement of Earnings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 17 | Division: | | Period Start: | 1/16/2024 | | 605 E CHAPMAN AVE | |
| Clock Number: | | Department: | | Period End: | 2/1/2024 | | Orange, CA 92866 | |
| SSN: | XXX-XX-1490 | Federal Filing: | Single | Exemptions: | 0 | Additional Tax: | | |
| Company Id: | 0140HM70 | State Filing: | Single or Marri | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V110536563 | $0.00 | $2,526.16 | $1,920.54 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 28.0000 | 79.12 | 2,215.16 | 143.12 | 4,007.46 | SOC SEC EE | 156.62 | 317.34 | | | |
| Overtime | 42.0000 | 7.40 | 311.00 | 14.55 | 611.00 | MED EE | 36.63 | 74.22 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 500.00 | FEDERAL WH | 294.63 | 536.29 | | | |
| | | | | | | CALIFORNIA WH | 89.95 | 150.18 | | | |
| | | | | | | CALIFORNIA SDI EE | 27.79 | 56.31 | | | |
| **Total:** | | 86.52 | 2,526.16 | 157.67 | 5,118.46 | **Total:** | 605.62 | 1,134.34 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.000000 | Taken: | 0.000000 | Balance: -72.000000 | Checking | Account: XXXXX3903 | Deposit Amount: | 1,920.54 |

CHRISTOPHER J FOTINOS DDS APC (0140HM70)
605 E CHAPMAN AVE
Orange, CA 92866

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/1/2024 | V110536563 |

| TOTAL NET PAY |
|---|
| ******$1,920.54 |

Your entire Net pay of $1,920.54 has been deposited in your bank account(s).

17
**Amy M Shaw**
6025 Babbling Brook Way
Apt 32 F
YORBA LINDA, CA 92887

**NOT NEGOTIABLE**