Certificate Number: 14912-CAC-DE-038369083

Bankruptcy Case Number: 24-10738



14912-CAC-DE-038369083

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 11, 2024</u>, at <u>10:31</u> o'clock <u>AM EDT</u>, <u>Amy Shaw</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>April 11, 2024</u>

By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>